1098

THE STATE OF WASHINGTON, *Respondent*, v. JESSE JAMES HOLMES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-03103-9, Larry E. McKeeman, J., entered July 12, 2006. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Appellant*, v. RONALD H. CARLSON, *Respondent*.

Appeal from judgments of the Superior Court for Snohomish County, No. 06-1-01365-9, James H. Allendoerfer, J., entered July 18 and 20, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JOHN WACKER, *Appellant*.

Appeal from judgments of the Superior Court for Whatcom County, No. 05-1-01469-8, Steven J. Mura, J., entered July 3 and 10, 2006. *Affirmed* by unpublished per curiam opinion.

DONALD R. HILL III, ET AL., *Respondents*, v. KEITH SCHENK ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Skagit County, No. 06-2-01125-5, John M. Meyer, J., entered July 21, 2006. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick, C.J., and Baker, J.